**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TREVOR PERRY,

Plaintiff

v.

CLARE, et al.,

Defendants

Case No.: 3:25-cv-00256-MMD-CSD

**Order**

At the September 22, 2026 case management conference, Plaintiff advised the court that he had identified defendant Jane Doe 2 as Erin Parks.

The court hereby **substitutes** Erin Parks in place of Jane Doe 2. The Clerk shall kindly **ADD** Erin Parks to the docket as a defendant.

On or before **November 24, 2026**, the Attorney General's Office shall file a notice indicating whether or not it will accept service for defendant Erin Parks. If it does not accept service for defendant Parks, the Attorney General's Office shall file Erin Parks' last known address under seal, but not serve it on the inmate Plaintiff. If the last known address is a post office box, the Attorney General's Office shall attempt to obtain and provide a last known physical address. If a last known address is filed under seal, the court will request that the U.S. Marshal attempt service on the defendant at that address.

**IT IS SO ORDERED**.

Dated: November 9, 2026

Craig S. Denney
United States Magistrate Judge